**Order entered October 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-16-00723-CV

---

### JOHN MARSTON, Appellant

### V.

### ADMINSOURCE CONCEPTS, LLC, INNOVATIVE BENEFIT SOLUTIONS, LLC, AND NATIONAL ASSOCIATION OF CONSUMERS DIRECT, INC., Appellees

---

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-03694

---

## ORDER

Despite being cautioned the appeal would be submitted without the reporter's record if written verification that the record had been requested was not filed by September 26, 2016, appellant has failed to provide the requested verification. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief shall be filed no later than October 24, 2016.

/s/  CRAIG STODDART
    JUSTICE